# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON JONES, | CASE NO. 1:07-cv-00310-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:06-cv-01812-AWI-WMW PC, AND DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY CLOSE FILE |
| v. | |
| WARDEN JAMES A. YATES, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Damon Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 20, 2006, in the Northern District of California. The action was transferred to this court by order filed January 18, 2007.

The Court has reviewed the complaint in this action and finds that it is identical to the complaint in case number 1:06-cv-01812-AWI-WMW PC <u>Jones v. Yates, et al.</u>, filed on December 12, 2006. Because the two cases are duplicative and this case was filed more recently, this case shall be closed.

Accordingly, it is HEREBY ORDERED that:

1. This action is dismissed, without prejudice, on the ground that it is duplicative of case number 1:06-cv-01812-AWI-WMW PC; and

///

///

///

1

2. The Clerk's Office shall administratively close this file.

IT IS SO ORDERED.

**Dated:   April 18, 2007**                             /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE